# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-611-RJC-DCK

| | |
|---|---|
| **CHANNELTIVITY, LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ALLBOUND, INC.,** | ) |
| **Defendant**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Alexandra J. Hirsch, concerning Robert D. Carroll on December 10, 2020. Robert D. Carroll seeks to appear as counsel *pro hac vice* for Defendant Allbound, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Robert D. Carroll is hereby admitted *pro hac vice* to represent Defendant Allbound, Inc.

Signed: December 10, 2020

David C. Keesler
United States Magistrate Judge